UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Gateway Bank and Trust Company, <br><br> Appellant, <br><br> vs. <br><br> Clarendon Holdings, LLC, <br><br> Appellee. | Case No. 7:11-cv-247-H |
| Gateway Bank and Trust Company, <br><br> Appellant, <br><br> vs. <br><br> Clarendon Holdings, LLC, <br><br> Appellee. | Case No. 7:12-cv-53-H |

### ORDER GRANTING MOTION TO CONSOLIDATE CASES

For good cause shown, and upon the Motion by the Appellant, the above-captioned cases hereby are consolidated into Gateway Bank and Trust Company v. Clarendon Holdings, LLC, Case No. 7:11-cv-247-H. Future filings shall be filed only in Case No. 7:11-cv-247-H, but shall carry the captions and case numbers for both cases.

Dated: 5/21/12

Malcolm J. Howard
Senior U.S. District Judge